# UNITED STATES DISTRICT COURT

for the

__EASTERN__  DISTRICT OF  __CALIFORNIA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:10MJ00016-01 GSA |
| | ) | |
| MITCHELL L. SILVANI | ) | |
| *Defendant* | ) | |

FILED
FEB 23 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:** The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date: 2/23/11

*Judge's Signature*

GARY S. AUSTIN: U.S. Magistrate Judge
*Printed Name and Title*

cc:  U.S. Probation
     Laurel J. Montoya, Assistant United States Attorney
     Richard P. Berman, Defense Counsel